IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS YEUNG,

    Plaintiff,                    No. CIV S-10-0735 GGH P

    vs.

RICHARD IVES,

    Defendants.               ORDER FOR PAYMENT

_____/    OF INMATE FILING FEE

To: Herlong Federal Correctional Institution, P.O. Box 900, Herlong, CA 96113:

        Plaintiff, a federal prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. Plaintiff has been assessed an initial partial filing fee of $19.29 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. Herlong Federal Correctional Institution is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full. 28 U.S.C. § 1915(b)(2).

        Good cause appearing therefore, IT IS HEREBY ORDERED that:

1

1. The Director of the Herlong Federal Correctional Institution or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in the amount of $19.29 and shall forward the amount to the Clerk of the Court. Said payment shall be clearly identified by the name and number assigned to this action.

2. Thereafter, the Herlong Federal Correctional Institution and Rehabilitation or a designee shall collect from plaintiff's prison trust account the $330.71 balance of the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Director, Herlong Federal Correctional Institution, P.O. Box 900, Herlong, CA 96113.

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: June 3, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE